```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 09155
    ERICA A WASHINGTON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-9677


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/18/2007 and was confirmed 07/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was dismissed after confirmation 02/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CAPITAL ONE FINANCE        SECURED NOT I        .00            .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED      NOT FILED            .00            .00
DEUTSCHE BANK NATIONAL T   CURRENT MORTG       .00             .00            .00
DEUTSCHE BANK NATIONAL T   MORTGAGE ARRE       .00             .00            .00
CAPITAL ONE                UNSECURED        2022.61            .00            .00
AFFIRMATIVE INSURANCE      UNSECURED      NOT FILED            .00            .00
COMPUTER CREDIT            UNSECURED      NOT FILED            .00            .00
CREDITORS COLLECTION BUR   UNSECURED      NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED      NOT FILED            .00            .00
GLOBAL PAYMENTS            UNSECURED      NOT FILED            .00            .00
IC SYSTEMS                 UNSECURED      NOT FILED            .00            .00
SULLIVAN UR                UNSECURED      NOT FILED            .00            .00
ISAC                       NOTICE ONLY    NOT FILED            .00            .00
JVDB ASSOCIATES            UNSECURED      NOT FILED            .00            .00
SNYDER & DREW              NOTICE ONLY    NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       11019.89            .00            .00
MRSI                       UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED         536.55            .00            .00
PROVIDIAN                  UNSECURED      NOT FILED            .00            .00
S & P CAPITAL INVESTMENT   UNSECURED      NOT FILED            .00            .00
SALLIE MAE LSCF            NOTICE ONLY    NOT FILED            .00            .00
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED            .00            .00
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED            .00            .00
WASHINGTON MUTUAL/PROVID   NOTICE ONLY    NOT FILED            .00            .00
US DEPT OF EDUCATION       UNSECURED       2706.06             .00            .00
US DEPT OF EDUCATION       UNSECURED      37808.36             .00            .00
SALLIE MAE SERVICING COR   UNSECURED        146.46             .00            .00
MICHAEL WILLIAMS           SECURED         1693.50             .00            .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY    2,200.00                        1,440.40
TOM VAUGHN                 TRUSTEE                                          104.60
DEBTOR REFUND              REFUND                                              .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 09155 ERICA A WASHINGTON

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 1,545.00  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | .00           |
| ADMINISTRATIVE       |           | 1,440.40      |
| TRUSTEE COMPENSATION |           | 104.60        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 1,545.00  | 1,545.00      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE